W. Lee Northrup, as Administrator of the Estate of Vito Girasolo, Deceased, Respondent, v. Eva Hagen et al., Appellants.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

Erston C. Croop et al., Respondents, v. Helen Odette, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ. [29 Misc 2d 606.]

Edmund L. Lasek et al., Respondents, v. City of Utica et al., Respondents, and Joseph Saraceno Sons, Inc., Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

Mary D. Bruzzese et al., Respondents, v. Albert Bzura, Appellant, et al., Defendant.— Appeal dismissed, without costs, upon stipulation.

Jack Somer, Appellant, v. Angel L. Munz, Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

Linnea Bratt, Respondent, v. Jamestown Macadam Company, Inc., Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.